ORIGINAL

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 APR 10 PM 1:23
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CECIL CHARLES CASEL (01)
a.k.a. "CC"
ANDREA ESCOBAR (02)
a.k.a. "SOPHIE"

NO. 3:19-CR-0125-B

**(Supersedes Indictment Returned on March 6, 2019)**

# SUPERSEDING INDICTMENT

The Grand Jury Charges:

## Count One
Conspiracy to Commit Child Sex Trafficking
(Violation of 18 U.S.C. § 1594(c))

Beginning on or about November 14, 2018 and continuing through on or about November 29, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Cecil Charles Casel, a.k.a. "CC"** and **Andrea Escobar, a.k.a. "Sophie,"** in and affecting interstate commerce, did knowingly combine, conspire, and agree to recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely Jane Doe 1 and Jane Doe 2, who had not attainted the age of 18 years, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe 1 and Jane Doe 2, and that Jane Doe 1 and Jane Doe 2 would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2).

All in violation of 18 U.S.C. § 1594(c).

Count Two
Attempted Child Sex Trafficking
(Violation of 18 U.S.C. § 1594(a))

Beginning on or about November 14, 2018 and continuing through on or about November 29, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Cecil Charles Casel, a.k.a. "CC,"** in and affecting interstate commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Jane Doe 1, who had not attained the age of 18 years, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe 1, that Jane Doe 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2).

All in violation of 18 U.S.C. § 1594(a).

Count Three
Attempted Child Sex Trafficking
(Violation of 18 U.S.C. § 1594(a))

Beginning on or about November 14, 2018 and continuing through on or about November 29, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Cecil Charles Casel, a.k.a. "CC,"** in and affecting interstate commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Jane Doe 2, who had not attained the age of 18 years, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe 2, that Jane Doe 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2).

All in violation of 18 U.S.C. § 1594(a).

Forfeiture Notice
(18 U.S.C. § 1594(d))

Upon conviction for the offenses alleged in Counts One through Three of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Cecil Charles Casel, a.k.a. "CC,"** and **Andrea Escobar, a.k.a. "Sophie"** (as to Count One only) shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

CECIL CHARLES CASEL
a.k.a. "CC"
ANDREA ESCOBAR (02)
a.k.a. "SOPHIE"

---

INDICTMENT

18 U.S.C. § 1594(c)
Conspiracy to Commit Child Sex Trafficking
(Count 1)

18 U.S.C. § 1594(a), 18 U.S.C. §§ 1591(a)(1) and (b)(2)
Attempted Child Sex Trafficking
(Counts 2 and 3)

18 U.S.C. § 1594(d)
Forfeiture Notice

3 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 10 day of April, 2019.

**Warrant to be Issued for ANDREA ESCOBAR**

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:19-CR-00125-B